UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 96-0896-CIV-GRAHAM

R. ALLEN STANFORD, and
Bank of Antigua, LTD.,

    Plaintiff,
vs.

KLAUS de ALBUQUERQUE, a foreign corporation, and
CARIBBEAN COMMUNICATIONS, INC., a foreign corporation,

    Defendant.
_____/

ORDER TO SHOW CAUSE

FILED by ___ D.C.
JUL 2 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THIS CAUSE** came before the Court upon a sua sponte examination of the record.

An examination of the record reveals that this case has been pending without any proceedings having been taken therein for more than three months. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff file a response with the Court no later than Friday, July 12, 1996 to show cause why this case should not be dismissed for failure to prosecute, pursuant to Rule 41.1 of the Local Rules for the Southern District of Florida. Failure to show good cause within the allotted time may result in the dismissal of this cause of action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of July, 1996.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record