UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 96-0896-CIV-GRAHAM

R. ALLEN STANFORD, and
Bank of Antigua, LTD.,

    Plaintiff,
vs.

KLAUS de ALBUQUERQUE, a foreign corporation, and
CARIBBEAN COMMUNICATIONS, INC., a foreign corporation,

    Defendant.
_____/

**ORDER**



FILED by _____ D.C.
JUL 2 9 1996
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THIS CAUSE** came before the Court upon the Plaintiff's response to this Court's Order to Show Cause.

**THE COURT** having reviewed the Response, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that parties shall file a notice of settlement on or before August 28, 1996. Failure to comply with this Order may result in a dismissal of this matter pursuant to S.D. Fla. L.R. 41.1.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of July, 1996.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record